IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COLIN M. BRANCA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TARGET CORPORATION** | : | **NO. 23-4459** |

## ORDER

**NOW,** this 29th day of April, 2024, upon consideration of the Defendant's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and to Strike Pursuant to Fed. R. Civ. P. 12(f) (Doc. No. 16) and the defendant having filed a motion for summary judgment, it is **ORDERED** that the motion to dismiss is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.