# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COLIN M. BRANCA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TARGET CORPORATION** | : | **NO. 23-4459** |

## ORDER

**NOW**, this 2nd day of July, 2024, upon consideration of the Defendant's Motion for Summary Judgment (Doc No. 38), the plaintiff's response, and the defendant's reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendant Target Corporation and against the plaintiff Colin M. Branca.

_____
TIMOTHY J. SAVAGE, J.